IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02442-MSK-CBS

AUTAISHA VASQUEZ,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY d/b/a DENVER HEALTH CENTER; and RAY ADKINS, individually,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Unopposed Motion to Dismiss with Prejudice Pursuant to F.R.Civ.P. 25(a)(1) Based on Death of Plaintiff **(#31)** filed July 8, 2010. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 8th day of July, 2010.

                                                   **BY THE COURT:**

                                                 Marcia S. Krieger
                                                 United States District Judge